# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIDIA MORENO, | ) Case No. CV 11-5167-JHN (JPR) |
| Plaintiff, | ) |
| vs. | ) ORDER ACCEPTING FINDINGS AND ) RECOMMENDATIONS OF U.S. ) MAGISTRATE JUDGE |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) ) |
| Defendant. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Joint Stipulation, Administrative Record, and all other records on file, as well as the Report and Recommendation of the U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed.

Having reviewed the record, the Court concurs with and accepts the Magistrate Judge's recommendations. IT THEREFORE IS ORDERED that Judgment be entered granting Defendant's Motion to Dismiss, denying the Complaint, and dismissing this action.

DATED: March 8, 2012

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE

1