**JS-6 / ENTERED**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIDIA MORENO, | Case No. CV 11-5167-JHN (JPR) |
| Plaintiff, | **J U D G M E N T** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: March 8, 2012

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE